**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**BEAUFORT DIVISION**

| | | |
|---|---|---|
| **Tabatha Powell,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Steven James Ball and Smyrna Ready Mix Concrete, LLC,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.:** 9:26-cv-02030-DCN<br><br><br>**NOTICE OF REMOVAL** |

**TO: THE UNITED STATES COURT:**

Defendants, Steven J. Ball and Smyrna Ready Mix Concrete, LLC would respectfully show the Court in support of its Notice of Removal that:

1. The Plaintiff's Complaint in this action was filed on April 8, 2026, in the Court of Common Pleas for Beaufort County, South Carolina. Attached for the Court is a copy of Plaintiff's Complaint. The Complaint was served upon Defendant Smyrna Ready Mix Concrete, LLC on April 20, 2026. Undersigned Counsel accepted service for Defendant Steven J. Ball on April 27, 2026. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiff is a resident and citizen of the State of South Carolina; Defendant Steven J. Ball is a resident and citizen of the State of Michigan; Defendant Smyrna Ready Mix Concrete, LLC is incorporated in the State of Tennessee and has its principal place of business in the State of Tennessee; The action has been brought by the Plaintiff against the Defendants for the alleged accident which occurred in Beaufort County, South Carolina.

3. Venue is proper in this matter in the Beaufort Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff alleges significant bodily injury, pain and suffering, loss of enjoyment of life, and that she has incurred medical expenses and will incur future medical expenses. Plaintiff alleges that her vehicle was disabled as a direct result of this accident. The Plaintiff's attorney has advised that this matter exceeds $75,000.00 in value.

5. Defendants have filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendants' Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendants have furnished a copy of this Notice of Removal to the Clerk of Court for Beaufort County.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jake M. Tillery
Mark S. Barrow Fed. I.D. No. 1220
Marshall C. Crane Fed I.D. No. 12455
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

May 20, 2026